

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-58,474-02

### EX PARTE ALBERTO RODRIGUEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 700071-B IN THE 178TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*. ALCALA, J., not participating.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to life imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *Rodriguez v. State*, No. 14-95-01488-CR (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Applicant contends, among other things, that the district court lacked jurisdiction. We order that this application be filed and set for submission to determine whether the district court lacked jurisdiction and whether this claim should be barred under the doctrine of laches. *Ex parte Perez*,

398 S.W.3d 206 (Tex. Crim. App. 2013). The parties shall brief these issues. Oral argument is not permitted.

It appears that Applicant is represented by counsel. If that is not correct, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and desires to be represented by counsel, the trial court shall appoint an attorney to represent Applicant. TEX. CODE CRIM. PROC. art 26.04. The trial court shall send to this Court, within 60 days of the date of this order, a supplemental transcript containing: a confirmation that Applicant is represented by counsel; the order appointing counsel; or a statement that Applicant is not indigent. All briefs shall be filed with this Court within 90 days of the date of this order.

Filed: September 17, 2014
Do not publish